```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GLENN WILLIAM BERGER,                  :
                                       :
            Plaintiff,                 :    CIVIL ACTION
                                       :
       vs.                             :    No. 09-cv-2235
                                       :
BUCKS COUNTY COMMISSIONERS OFFICE,     :
et al.,                                :
                                       :
            Defendants.                :
```

## ORDER

AND NOW, this 21st day of June, 2010, upon consideration of Defendants Doylestown Township Police Department and Officer William Mokriski's Motion to Dismiss Amended Complaint (Doc. No. 57), and responses thereto (Doc. Nos. 61, 62), it is hereby ORDERED that Defendants' Motion is GRANTED for reasons set forth in the attached Memorandum.

                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER, J.